

# THE THIRTEENTH COURT OF APPEALS

## 13-23-00105-CV

Christine Nicole Torres
v.
Stephanie Garcia, Max Galvan, and Juan R. Garcia

On Appeal from the
County Court at Law No. 8 of Hidalgo County, Texas
Trial Court Cause No. CL-20-1933-H

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes that the judgment of the trial court should be affirmed. The Court orders the judgment of the trial court AFFIRMED. Costs of the appeal are adjudged against appellant. In addition, appellant and its surety are fully and finally released and discharged from their obligations under the supersedeas bond issued to secure the trial court's order.

We further order this decision certified below for observance.

July 5, 2024